**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**FREDDIE LUBOYA MUSANGU** — **CIVIL CASE NO. 1:26-CV-03137**
**SECTION P**

**VERSUS** — **JUDGE DAVID C. JOSEPH**

**SHAD RICE ET AL** — **MAGISTRATE JUDGE PEREZ-MONTES**

## ORDER

The Government notified the Court and counsel by email that Petitioner Freddie Luboya Musangu was deported to Equatorial Guinea. An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011); 28 U.S.C. § 2241.

Accordingly, IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in Chambers on this 21st day of August 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE